■ JOHN J. REYNOLDS, INC. v. JUDITH SNOW et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the appellants' points to be served and filed on or before April 26, 1960, with notice of argument for the June 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FLORENCE FINKELSTEIN.— Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. If the above condition is not complied with, an order may be entered dismissing the appeal without further notice to appellant. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL COMFORTI.— Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 26, 1960, with notice of argument for the June 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ ANGELA MALANGA v. BETTY HODES.— Motion to dispense with printing denied. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ DOLLAR MOTORS, INC. v. JEFFERSON CREDIT CORPORATION.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MORRIS GOLDBERG.— Motion for leave to prosecute as a poor person dismissed on the ground that the order is nonappealable. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ JOHN J. REYNOLDS et al. v. JUDITH SNOW et al., and AMERICAN TRUST COMPANY.— Motion for stay granted and the plaintiffs-respondents are stayed from taking any proceedings to enforce the judgment entered December 9, 1959 and the judgment of affirmance entered March 18, 1960, and, in addition, the 1960 annual stockholders meeting of the American Trust Company is stayed pending the hearing and determination by the Court of Appeals of the appeal taken by the defendants-appellants from the judgment of affirmance, upon the conditions specified in the order of this court. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPHINE GUADAGNO.— Motion to dispense with printing granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of Bronx County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.